# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THIS FORM.)

## I. (a) PLAINTIFF

ALEXANDER SANCHEZ

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)
**Miami-Dade**

## DEFENDANTS

MIAMI STRIPING, INC.,
FRANK Y. RIVERA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED
**Miami-Dade**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)
Law Offices of Goldberg & Loren, P.A.
100 S. Pine Island Rd., Suite 132
Plantation, FL 33324
Firm Phone: (800) 719-1617
_____

ATTORNEYS (IF KNOWN)

_____

## II. BASIS OF JURISDICTION    (PLACE AN X IN ONE BOX ONLY)

❏ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

❏ 2 U.S. Government Defendant

❏ 4 Diversity (Indicates Citizenship of Parties in Item III

## III. CITIZENSHIP OF PRINCIPAL PARTIES    (PLACE AN X IN
(FOR DIVERSITY CASES ONLY)   ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏1 | ❏1 | Incorporated or Principal Place of Business in This State | ❏4 | ❏4 |
| Citizen of Another State | ❏2 | ❏2 | | | |
| Citizen or Subject of a Foreign Country | ❏3 | ❏3 | Incorporated and Principal Place of Business in Another State | ❏5 | ❏5 |
| | | | Foreign Nation | ❏6 | ❏6 |

## IV. NATURE OF SUIT    (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORT | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ❏ 610 Agriculture | ❏ 422 Appeal 28 USC 158 | ❏ 400 State Reapportionment |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 362 Personal Injury— Med. Malpractice | ❏ 620 Other Food & Drug | ❏ 423 Withdrawal 28 USC 157 | ❏ 410 Antitrust |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 365 Personal Injury— Product Liability | ❏ 625 Drug-Related Seizure of Prop. 21 USC 881 | PROPERTY RIGHTS | ❏ 430 Banks and Banking |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | ❏ 368 Asbestos Personal Injury Product Liability | ❏ 630 Liquor Laws | ❏ 820 Copyrights | ❏ 450 Commerce/ICC Rates |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | ❏ 640 R.R. & Truck | ❏ 830 Patent | ❏ 460 Deportation |
| | | PERSONAL PROPERTY | ❏ 650 Airline Regs | ❏ 840 Trademark | ❏ 470 Racketeer Influenced & Corrupt Organization |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 370 Other Fraud | ❏ 660 Occupational Safety/Health | SOCIAL SECURITY | ❏ 810 Selective Service |
| ❏ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ❏ 345 Marine Product Liability | ❏ 371 Truth in Lending | ❏ 690 Other | ❏ 861 HIA (13958) | ❏ 850 Securities/Commodity/ Exchange |
| | | ❏ 380 Other Personal Property Damage | LABOR | ❏ 862 Black Lung (923) | |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | | ☒ 710 Fair Labor Standards | ❏ 863 DIWC/DIWW (405(g)) | ❏ 875 Customer Challenge 12 USC 3410 |
| | ❏ 355 Motor Vehicle Product Liability | ❏ 385 Property Damage Product Liability | ❏ 730 Labor/Mgmt. | ❏ 864 SSID Title XVI | |
| ❏ 160 Stockholders Suits | | | ❏ 730 Labor/Mgmt. Reporting Disclosure Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | | ❏ 740 Railway Labor Act | | ❏ 892 Econ. Stabilization Act |
| ❏ 195 Contract Product Liab. | | | | FEDERAL TAX SUITS | ❏ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ❏ 790 **Other Labor Litigation** | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 894 Energy Allocation Act |
| ❏ 210 Land Condemnation | ❏ 441 Voting | ❏ 510 Motions to Vacate Sentence Habeas Corpus | ❏ 791 Empl. Ret. Inc. Security Act | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 895 Freedom of Information Act |
| ❏ 220 Foreclosure | ❏ 442 Employment | | | | ❏ 900 Appeal of Fee Determ. Equal Access/Justice |
| ❏ 230 Rent, Lease & Eject. | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Const. of State Statute |
| ❏ 240 Torts to Land | ❏ 444 Welfare | ❏ 535 Death Penalty | | | ❏ 890 Other Statutory Actions |
| ❏ 245 Tort Product Liability | ❏ 440 Other Civil Rights | ❏ 540 Mandamus and Other | | | |
| ❏ 290 All Other Real Prop. | | ❏ 550 Other | | | |

## V. ORIGIN    (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ❏ 2 Removed from State Court  ❏ 3 Remanded from Appellate Court  ❏ 4 Reinstated or Reopened  ❏ 5 Transferred from another district  ❏ 6 Multidistrict Litigation  ❏ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not Cite jurisdictional Statutes unless diversity)
29 USC § 201 Et Seq    Brief Description of Cause: Unpaid Overtime

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION    DEMAND $
❏ UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑YES ❏ NO

## VIII. RELATED CASE(S) IF ANY    (See instructions)    None

JUDGE _____    DOCKET NO. _____

DATE    SIGNATURE OF ATTORNEY OF RECORD
**February 10, 2017**    *James Su*

FOR OFFICE USE ONLY:

Receipt No. _____  Amount: _____  Applying IFP _____  JUDGE _____  MAG. JUDGE _____